IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA　　　*
　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　*　　CR 122-075
　　　　　　　　　　　　　　　*
CHRISTOPHER FITZGERALD JONES　*

O R D E R

The Clerk is directed to **TERMINATE** Defendant Christopher Fitzgerald Jones's "Motion for Immediate Release Relief" because Defendant's appeal has divested this Court of jurisdiction over matters involved in the appeal. See United States v. Diveroli, 729 F.3d 1339, 1341 (11th Cir. 2013).

**ORDER ENTERED** at Augusta, Georgia, this 8th day of July, 2024.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA