```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF GEORGIA
                       AUGUSTA DIVISION
```

```
UNITED STATES OF AMERICA       *
                               *
     v.                        *       CR 122-75
                               *
CHRISTOPHER FITZGERALD JONES   *
```

## O R D E R

On November 1, 2022, Defendant Christopher Fitzgerald Jones was convicted by a jury and subsequently sentenced to serve 120 months imprisonment for possession of a firearm by a prohibited person, a violation of 18 U.S.C. § 922(g)(1). The Eleventh Circuit affirmed Defendant's conviction and sentence. (Doc. 115.)

In November 2024, Defendant filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255, asserting myriad of claims. (Doc. 124.) The United States Magistrate Judge recommended that the habeas petition be dismissed; the Court adopted the Report and Recommendation on November 5, 2025, and entered judgment against Defendant in the habeas proceeding. (Doc. 168.)

On November 24, 2025, Defendant moved to reduce his sentence on several grounds, all of which collaterally attack the legality of his conviction and sentence. The only proper mechanism to raise

the issues raised by Defendant's present motion is a habeas petition filed under 28 U.S.C. § 2255. United States v. Holt, 417 F.3d 1172, 1174-75 (11th Cir. 2005). Because Defendant has already litigated a § 2255 motion, however, he must seek authorization from the Eleventh Circuit Court of Appeals to file a second or successive § 2255 motion. See 28 U.S.C. § 2255, § 2244(b)(3). "The bar on second or successive [§ 2255] motions is jurisdictional." In re Morgan, 717 F.3d 1186, 1193 (11th Cir. 2013). Thus, this Court lacks jurisdiction to consider the merits of Defendant's motion.

Upon the foregoing, Defendant's "Emergency Motion for a Sentence Reduction/Expeditious Dismissal of Accusatory Instruments not Listed in the Above Style Indictment" (doc. 170) is hereby **DISMISSED** for lack of jurisdiction. The Government's motion for extension of time to respond thereto (doc. 171) is **TERMINATED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of December, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA