**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

UNITED STATES OF AMERICA　　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　v.　　　　　.　　　　　　　　　*　　　CR 122-075
　　　　　　　　　　　　　　　　　　　*
CHRISTOPHER FITZGERALD JONES　　　*

---

**O R D E R**

---

On April 13, 2026, the Court entered an Order denying two motions filed by Defendant Christopher Fitzgerald Jones because he was attacking the legality of his conviction and sentence. The Court explained that he is unable to do so in the district court without prior approval of the Eleventh Circuit Court of Appeals. (Doc. 180 (referencing Doc. 173, Order of Dec. 9, 2025).) Also on April 13th, Defendant executed a "Motion to Correct P.S.R. Criminal History Score/Offense Level," which the Court received on April 20, 2026.[1] Defendant, however, does not provide the procedural mechanism by which this Court can modify his Presentence Investigation Report's guideline determinations. In fact, as the Eleventh Circuit has explained in <u>United States v. Floyd</u>, 711 F. App'x 558 (11th Cir. 2017), there is no rule in the Federal Rules

---

[1] Defendant undoubtedly did not have the benefit of the Court's Order of April 13, 2026.

of Criminal Procedure that would permit the requested modification. In fact, the only possible avenue is through a 28 U.S.C. § 2255 petition, which – as has been explained to Defendant – is not available to him without an order from the Eleventh Circuit authorizing such a motion.

Upon the foregoing, Defendant's motion to modify his Presentence Investigation Report (doc. 181) is **DISMISSED** for lack of jurisdiction.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of April, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2